UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BROWN,<br><br>                     Plaintiff,<br><br>     v.<br><br>RANJIT K. RAI, STARBUCKS CORPORATION,<br><br>                     Defendants. | No.  2:13-cv-2535-TLN-EFB<br><br><br>ORDER |

On June 5, 2014, plaintiff filed an application for entry of default judgment against defendant Ranjit Rai, and noticed the motion for hearing before the assigned district judge.  ECF No. 9.  The district judge vacated the hearing and directed plaintiff to notice her motion for hearing before the undersigned as required by Local Rule 302(c)(19).  ECF No. 10.  To date, plaintiff has not re-noticed the motion, or otherwise responded to the minute order.  Given that more than seven months have passed since the hearing was vacated, it appears that plaintiff is no longer interested in litigating her motion.  Accordingly, the motion (ECF No. 9) is denied without prejudice.

DATED:  March 19, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE